UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE STARR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a business corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.  1:22-cv-00057-DAD-BAM<br><br>**ORDER VACATING SCHEDULING CONFERENCE AND SETTING STATUS CONFERENCE** |

　　　By separate order, the Court has granted the motion of Sutton Shapiro of Willshire Law Firm and the Wilshire Law Firm, to withdraw as attorney of record for Plaintiff Jacqueline Starr ("Plaintiff").  Plaintiff has been substituted *in propria persona* in place and stead of Mr. Shapiro and is no longer represented by counsel.  In light of the substitution, Plaintiff will be granted a brief extension of time to secure new counsel or to otherwise determine how she would like to proceed in this action.

　　　Accordingly, the SCHEDULING CONFERENCE currently set for April 14, 2022 is hereby VACATED. The Court sets a TELEPHONIC STATUS CONFERENCE in this matter for **March 15, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The purpose of the conference is to address whether Plaintiff has secured new counsel or intends to proceed *in propria persona*.  The parties shall appear at the conference by telephone with each party using the following dial-in number and access code:  **dial-in number 1-877-411-9748; access code 3219139**.

1

<u>Plaintiff is cautioned that the failure to appear at the conference may result in the imposition of sanctions, including terminating sanctions.</u>  A copy of this Order will be served on Plaintiff at her last known address.

IT IS SO ORDERED.

Dated:   **February 18, 2022**              /s/ *Barbara A. McAuliffe*              
                                                 UNITED STATES MAGISTRATE JUDGE