UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUELINE STARR, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a business corporation; DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 1:22-cv-00057-DAD-BAM<br><br>**ORDER REQUIRING PLAINTIFF TO APPEAR BEFORE THE COURT ON APRIL 5, 2022, TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FOR FAILURE TO PROSECUTE** |

      On February 18, 2022, the Court granted the motion of Sutton Shapiro of Wilshire Law Firm and the Wilshire Law Firm to withdraw as attorney of record for Plaintiff Jacqueline Starr ("Plaintiff"). Plaintiff was substituted for counsel *in propria persona* and the Court set a telephonic status conference for March 15, 2022, to address whether Plaintiff had secured new counsel or intended to proceed *in propria persona*. (*See* Docs. 9, 10.) Plaintiff was warned that her failure to appear at the conference may result in the imposition of sanctions, including terminating sanctions. (Doc. 10.) The Order was served on Plaintiff at her last known address.

///

On March 15, 2022, the Court held a telephonic status conference. Counsel for Defendant National Railroad Passenger Corporation, Jason Schaff, appeared by telephone. However, despite the Court delaying the start of proceedings, Plaintiff failed to appear.

Accordingly, Plaintiff is HEREBY ORDERED to appear before the Court for a hearing on **Tuesday, April 5, 2022, at 9:30 AM in Courtroom 8 (BAM) before the undersigned** to show cause why this action should not be dismissed for Plaintiff's failure to comply with the Court's order and Plaintiff's failure to prosecute this action. Plaintiff shall appear at the hearing by telephone using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139.**

**Plaintiff advised that failure to respond to this order will result in a recommendation for dismissal of this action for failure to obey a court order and failure to prosecute**. A copy of this Order will be served on Plaintiff at her last known address.

IT IS SO ORDERED.

Dated:   **March 15, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE