UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE STARR,<br><br>            Plaintiff,<br><br>      v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>            Defendant. | No. 1:22-cv-00057-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 14) |

      This action was initially referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a) for the issuance of findings and recommendations addressing the motion to withdraw as attorney of record (Doc. No. 4) filed by plaintiff's counsel. (Doc. No. 5.) The assigned magistrate judge granted plaintiff counsel's motion to withdraw as the attorney of record on February 18, 2022. (Doc. No. 8.)[1] On March 15, 2022, the magistrate judge issued an order requiring plaintiff to appear before the court on April 5, 2022 for a telephonic hearing and to show cause as to why this action should not be dismissed due to plaintiff's failure to obey a court order and failure to prosecute. (Doc. No. 12.) Plaintiff failed to

---

[1] The magistrate judge issued an order, rather than findings and recommendations, granting plaintiff counsel's motion to withdraw. (Doc. No. 9.) In any event, the undersigned has reviewed that order and agrees that the analysis set forth therein was proper and supported by the record.

1

appear at the April 5, 2022 hearing.  (Doc. No. 13.)  Accordingly, on April 6, 2022, the magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to prosecute and failure to obey court orders.  (Doc. No. 14.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.*)  To date, no objections have been filed with the court and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 6, 2022 (Doc. No. 14) are adopted;
2. This action is dismissed due to plaintiff's failure to prosecute and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 10, 2022**                                  /s/ Dale A. Drozd
                                                                               UNITED STATES DISTRICT JUDGE